WESTERN DIST.
October, 1831.

HOWARD ET ALS.
vs.
HAVARD'S SUC-
CESSION.

According to the 312th article of the Code of Practice, three judicial days must elapse and intervene between taking judgment by default and making it final, or the judgment will be reversed and set aside.

---

### HOWARD ET ALS. vs. HAVARD'S SUCCESSION.

APPEAL FROM THE COURT OF PROBATES FOR THE PARISH OF RAPIDES.

Three judicial days must elapse and intervene between the day of taking judgment by default and that of making it final.

*Porter, J.* delivered the opinion of the court.

This case stands in the same situation, and presents the same facts as that just decided of *Hall* vs. *Mulholland, executor.* It must receive the same judgment.

The cause reversed and remanded to be proceeded in according to law, the appellee paying costs of this appeal.